| Attorney or Party Name, Address, Telephone & FAX Numbers, State Bar Number & Email Address<br><br>Brian S. Haddix (230332)<br>Haddix Law Firm<br>1224 I St<br>Modesto, CA 95354<br>bhaddix@modestobankruptcylaw.com<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for Movant* | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**NOV 21 2024**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** craig    **DEPUTY CLERK**<br><br>**CHANGES MADE BY COURT** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| In re:<br><br>Sacha Lee Kauffman<br><br><br><br><br><br><br><br><br><br>Debtor(s). | CASE NUMBER: 8:24-12877-MH<br>CHAPTER: 13 |
|---|---|
| | **ORDER ☒ GRANTING  ☐ DENYING MOTION FOR ORDER IMPOSING A STAY OR CONTINUING THE AUTOMATIC STAY** |
| | ☐ No hearing held<br>☒ Hearing held<br>DATE: November 20, 2024<br>TIME: 11:00 AM<br>COURTROOM: 6C<br>ADDRESS: 411 W. Fourth St.<br>Santa Ana. CA 92701 |

**Movant** *(name)*: Sacha Lee Kauffman

1. The Motion was:    ☐ Opposed    ☒ Unopposed    ☐ Settled by stipulation

2. The Motion affects the following property (Property):

    ☐ Vehicle *(describe year, manufacturer, type and model)*:

    *Vehicle identification number:*

    *Location of vehicle (if known):*

---

*"Bankruptcy Code" and "11 U.S.C." refer to the United States Bankruptcy Code, Title 11 of the United States Code.*
*"FRBP" refers to the Federal Rules of Bankruptcy Procedure. "LBR" and "LBRs" refer to the Local Bankruptcy Rule(s) of this court.*

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2018 | Page 1 | **F 4001-1.IMPOSE.STAY.ORDER**

☐ Equipment *(describe manufacturer, type, and characteristics)*:
    *Serial numbers(s):*
    *Location (if known):*

☐ Other personal property *(describe type, identifying information, and location)*:

☒ Real property:
    *Street Address:*    2148 Onyx Ave
    *Unit Number:*
    *City, State, Zip Code:* Orange, CA 92867

Legal description or document recording number (*including county of recording*):

☐ See attached page.

3. The Motion is granted on the grounds that:
   a. ☐ This case was filed in good faith.
   b. ☐ The Property is of consequential value or benefit to the estate.
   c. ☒ The presumption of bad faith under 11 U.S.C. § 362(c)(3)(C)(i) or (c)(4)(D)(i) has been overcome as to all creditors.
   d. ☐ The presumption of bad faith as to the Secured Creditor/Lessor under 11 U.S.C. § 362(c)(3)(C)(ii) or (c)(4)(D)(ii) has been overcome.

4. The stay of 11 U.S.C. § 362(a) is
   a. ☒ Imposed *as to all creditors* until further order of the court.
   b. ☐ Imposed as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   c. ☐ Imposed as to the Secured Creditor/Lessor with respect to the Property until further order of the court.
   d. ☐ Continued *as to all creditors* until further order of the court.
   e. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to actions to collect the debt owed to the Secured Creditor/Lessor until further order of the court.
   f. ☐ Continued in effect as to the Secured Creditor/Lessor with respect to the Property until further order of the court.

5. ☐ The stay is imposed or continued in effect subject to the terms and conditions set forth in the Adequate Protection Attachment to this order.

6. ☐ See attached continuation page for additional provisions.

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*    Page 2    **F 4001-1.IMPOSE.STAY.ORDER**

7. ☐ The Motion is denied:   ☐ without prejudice   ☐ with prejudice   ☐ on the following grounds:

   a. ☐ Based upon the findings of fact and conclusions of law made on the record at the hearing
   b. ☐ Unexcused non-appearance by Movant
   c. ☐ Lack of proper service
   d. ☐ Lack of good cause shown
   e. ☐ Other (*specify*):

###

Date: November 21, 2024

_____
Mark Houle
United States Bankruptcy Judge

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2018*                    Page 3                    **F 4001-1.IMPOSE.STAY.ORDER**